■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R. ROSSI, Appellant. — Judgment unanimously affirmed. Same memorandum as in *People v Paone* (103 AD2d 1012). (Appeal from judgment of Monroe County Court, Mark, J. — criminal possession of weapon, third degree.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.